# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-2260

———————————————

GRANT D. ORR,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

———————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.

March 4, 2026

PER CURIAM.

DISMISSED. *See Logan v. State*, 846 So. 2d 472 (Fla. 2003) (holding that generally, a criminal defendant cannot proceed pro se while represented by counsel).

BILBREY, NORDBY, and TREADWELL, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Grant D. Orr, pro se, Petitioner.

No appearance for Respondent.